

# Fourth Court of Appeals

## San Antonio, Texas

### JUDGMENT

No. 04-17-00849-CV

**MCJAM, INC.,**
Appellant

v.

**CD AUTO SERVICE, INC.,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015-CV-04322
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the trial court's judgment is REVERSED, and judgment is RENDERED that Appellee CD Auto Service, Inc. take nothing. It is ORDERED that Appellant MCJAM, Inc. recover its costs on appeal from Appellee CD Auto Service, Inc.

SIGNED December 5, 2018.

_Karen Angelini_
Karen Angelini, Justice